H.15·00825·CV

CAUSE NO. 15-CV-0096

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

SEP 30 2015

CHRISTOPHER A PRINE
CLERK

GERALD LEE RICKS, §     IN THE JUDICIAL COURT
        Plaintiff

                         §

vs.                             405TH DISTRICT COURT

                         §

SUZANNE S. RADCLIFFE
        Defendant         §     GALVESTON COUNTY, TEXAS

### DOCKETING STATEMENT

1. Plaintiff, Gerald Lee Ricks, files this docketing statement pursuant to Texas Rules of Appellate Procedure 32.

2. Plaintiff, Gerald Lee Ricks' TDCJ Id. #1049115; 3001 South Emily Drive, Beeville, Texas 78102.

3. The Notice of Appeal was filed on September 23, 2015, in the 405th District Court, Galveston County, Galveston, Texas 77551.

4. The trial court judge was the Honorable Michelle Slaughter. The Court signed Defendant's Motion For Summary Judgement on 6-15-2015. Thereafter, plaintiff filed his first Motion For New Trial on 06-2-2015. The Court denied said motion on 07-27-2015.

5. Defendant then filed its Motion For Sanctions on 07-09-2015. The Court granted the defendant's Motion For Sanctions on 07-27-2015. Plaintiff then filed his second Motion For New Trial on 08-26-2015. The Court denied said motion on 09-04-2015.

6. The party involved in this action is Suzanne Schwab Radcliffe. Suzanne Schwab Radcliffe was represented by Mr. Kenneth D. McConnico, 830 Apollo Street, Houston, Texas 77058.

7. Plaintiff sued defendant for Intentional Infliction of Emotional Distress, Conspiracy/Breach of Fiduciary Duty and Conspiracy/Interference With Child Custody.

8. This appeal does not require any type of priority from the Court of Appeals.

9. Plaintiff will not request the Reporter's Record and the trial was not electronically recorded.

10. The Court Reported is Mary Piper.

11. Plaintiff does not intend to see any type of ancillary relief while the appeal is pending.

12. There was no affidavit of indigence filed in this case.

13. No supersedes bond was filed.

Mr. Gerald Lee Ricks
Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I, Gerald Lee Ricks, certify and verify a true and correct copy of the foregoing was served on counsel for defendant at: Mr. Kenneth D. McConnico, Attorney-At-Law, 830 Apollo Street, Houston, Texas 77058, by delivering same, via U.S. mail, postage prepaid. Executed on this the 27th day of September 2015.

Mr. Gerald Lee Ricks
Plaintiff Pro Se